IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARDS LIFESCIENCES CARDIAQ LLC f/n/a CARDIAQ VALVE TECHNOLOGIES, INC., <br><br> Plaintiff. <br><br> v. <br><br> NEOVASC INC., a Canadian corporation; and <br> NEOVASC TIARA INC., a Canadian corporation, <br><br> Defendants. | Civil Action No. 1:17-cv-10510-ADB |

## JUDGMENT

1. Judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's claims for Correction of Inventorship of United States Patent No. 9,241,790, United States Patent No. 9,248,014, and United States Patent No. 9,770,329, pursuant to 35 U.S.C. § 256. The Director of the United States Patent and Trademark Office is hereby ordered to add Jeremy Brent Ratz and Arshad Quadri as inventors on United States Patent No. 9,241,790, United States Patent No. 9,248,014, and United States Patent No. 9,770,329, and Defendants are ordered to cooperate with Plaintiff to effectuate the change in inventorship, including executing or filing any necessary Petitions to Correct Inventorship; and

2. Each side shall bear its own costs and fees in this matter.

IT IS SO ORDERED.

Dated: 04/17/2019

Hon. Allison D. Burroughs
United States District Judge